In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-15-00052-CR
_____

## BRIAN DERRICK, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 88th District Court**
**Hardin County, Texas**
**Trial Cause No. 21253**

## MEMORANDUM OPINION

The trial court sentenced Brian Derrick on October 16, 2014. Notice of appeal was due to be filed on January 14, 2015, because Derrick timely filed a motion for new trial. *See* Tex. R. App. P. 26.2(a)(2). Derrick filed a notice of appeal on January 29, 2015, but he did not file a motion for extension of time within fifteen days after the deadline for filing the notice of appeal. *See* Tex. R. App. P. 26.3. We notified the parties that Derrick filed his notice of appeal too late to perfect an appeal. *See* Tex. R. App. P. 25.2(b). Derrick failed to establish that

1

his notice of appeal was timely filed or that the Texas Court of Criminal Appeals granted an out-of-time appeal as habeas relief. *See generally* Tex. R. App. P. 73.

The notice of appeal was not timely filed. *See* Tex. R. App. P. 26.2(a)(2). Neither this Court nor the trial court has the authority to grant an out-of-time appeal. *See Olivo v. State*, 918 S.W.2d 519, 525 n.8 (Tex. Crim. App. 1996) (Article 11.07 of the Texas Code of Criminal Procedure provides the exclusive post-conviction remedy in final felony convictions in Texas courts). "If a notice of appeal is not timely filed, the court of appeals has no option but to dismiss the appeal for lack of jurisdiction." *Castillo v. State*, 369 S.W.3d 196, 198 (Tex. Crim. App. 2012). Accordingly, we dismiss the appeal for want of jurisdiction.

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on February 17, 2015
Opinion Delivered February 18, 2015
Do Not Publish

Before Kreger, Horton, and Johnson, JJ.